**Name and Prisoner/Booking Number:** MR. MAURICE MILES, SR. / #5073383

**Place of Confinement:** SACRAMENTO COUNTY JAIL

**Mailing Address:** 651 I STREET

**City, State, Zip Code:** SACRAMENTO, CALIF 95814

**FILED**
**JUN 03 2021**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

CONSPIRACY PLOT AGAINST
MR. MAURICE MILES, SR. THE POET

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

[42 USC §1986]
[28 USC 1915(9)] [IMMINENT DANGER]

**MR. MAURICE MILES, SR.,**
Cong Globe, 42d Cong, 1st sess
789 (1871)...
(Full Name of Plaintiff)      Plaintiff,

v. THE Bid Bond, And

**CASE NO. 2:21-cv-0989-AC (PC)**
(To be supplied by the Clerk)

(1) SCHUBERT ANNE MARRIE
(Full Name of Defendant)
(2) AMANDA SANCHEZ
(3) Facility COMMANDER LUKE
(4) ALEXANDER C. ASTERLIN

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

DEMAND FOR JURY TRIAL

## A. JURISDICTION
28 USC §49, 591-599
RULES / RCP

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☑ Other: (28 USCA § 1338(b))(28 USC § 49, 591-599)(42 USC § 1986) 28 USC §1915(9)
   THE Independent Counsel Provisions of THE ETHICS IN Government
   ACT of 1978..

2. Institution/city where violation occurred: SACRAMENTO. Government AGENT(S)
of THE STATE of CALIFORNIA All Conspired
AGAINST MR. MILES To intentionally violate
His protected Constitutional Rights
(IMMINENT DANGER) 28 USC §1915(9)

I was handling my business in the court before I was sabotaged
by state government agent(s)...

("1-A")

SACRAMENTO; STATE GOVERNMENT; CONSPIRACY RACKETEER FRAUD AGENTs ARE ALL GUILTY

(5). MAXWELL. SERGEANT SHERIFF DEPUTY #185 Defendant mention herein at all times is being sued in an [individual capacity], or in his [official capacity].

(6). NOBLE. Lt. SHERIFF DEPUTY #26 Defendant mention herein at all times is being sued in an [individual capacity], or in his [official capacity].

(7). FISHER. Lt. SHERIFF DEPUTY #106 Defendant mention herein at all time is being sued in an [individual capacity], or in his [official capacity].

(8). McCLANY. DEPUTY SHERIFF #731 Defendant mention herein at all time is being sued in an [individual capacity], or in his [official capacity].

(9). ETTEN JEREMIAH. SACRAMENTO FRAUD Public defender Defendant mention herein at all time is being sued in an [individual capacity].

(10). EUGENE P. ROEDER! MD PSYCHIATRIST LICENSE # PSY 7806 AUBURN; CALIFORNIA. Defendant mention herein at all time is being sued in an [individual capacity]

(1). SCHUBERT ANNE MARRIE. Principal DISTRICT ATTORNEY of SAC. Defendant mention herein at all time is being sued in an [individual capacity] or in her [official capacity]

(2). AMANDA SCANCHEZ. DEPUTY DISTRICT ATTORNEY of SAC. Defendant mention herein at all time is being sued in an [individual capacity], or in her [official capacity]

(3). LUKE. SHERIFF DEPUTY facility JAIL COMMANDER; SAC Defendant mention herein at all time is being sued in an [individual capacity] or in his [official capacity].

(4). Alexander C. Asterlin. SACRAMENTO FRAUD Public defender. Defendant mention herein at all time is being sued in an [individual capacity].

- - - -

ALSO SEE (GREEN V. DAVIES, 182 N.Y. 499, 75 N.E. 536, 3 ANN. CAS. 310) < 1943 U.S. APP. LEXIS 9 >

"In OLIVER WENDELL HOLMES' FAMOUS ESSAY;"

"PRIVILEGE, MALICE AND INTENT," 8 HARV. L. REV. 1.

"INTERFERENCE WITH BUSINESS RELATIONS."

SEE OPERA ON TOUR, INC V. WEBER, 285 NY 348, 34 N.E. 2d 349, 136 ALR 267...

AMERICAN GUILD of MUSICAL ARTIST V. PETRILLO, 286 NY 226, 231, 36 N.E. 2d 123

("1-A")

## B. DEFENDANTS

1. Name of first Defendant: SCHUBERT ANNE MARRIE. The first Defendant is employed as: PRINCIPAL DISTRICT ATTORNEY (Position and Title) at SACRAMENTO, D.A office/FIRM (Institution)

2. Name of second Defendant: AMANDA SANCHEZ. The second Defendant is employed as: deputy DISTRICT ATTORNEY (Position and Title) at SACRAMENTO, D.A office/FIRM (Institution)

3. Name of third Defendant: LUKE. The third Defendant is employed as: SHERIFF jail Facility COMMANDER (Position and Title) at SACRAMENTO COUNTY jail (Institution)

4. Name of fourth Defendant: Alexander C. Asterlin. The fourth Defendant is employed as: FRAUD Public defender (Position and Title) at SACRAMENTO, P.D office/FIRM (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? 3. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: MR. Maurice Niles, SR. v. DANIEL GARLAND et at.
      2. Court and case number: CV-01881 (MCE)(CKD)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) THIS CASE IS IN "SETTLEMENT CONFERENCE" proceedings AT THIS TIME.

   b. Second prior lawsuit:
      1. Parties: MR. Maurice Niles. SR. v. THE Bid Bond And PEOPLE of THE STATE of CALIFORNIA
      2. Court and case number: CV13-3428 (DDA)(AS)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) THE COURT ARE AVOIDING; ESAPED. ARE not Addressing petitioner Constitutional CLAIMS!... RACKEETIR FRAVd. CONSPIRACY. PLOT

   c. Third prior lawsuit:
      1. Parties: MR. Maurice Niles, SR. v. THE Bid Bond And PEOPLE of THE STATE of CALIFORNIA
      2. Court and case number: CV14-1063 (DDA)(AS)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) THE COURT ARE AVOIDING. ESAPED, ARE not Addressing petitioner Constitutional CLAIMS!... RACKEETIR FRAVd. CONSPIRACY. PLOT

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

ANY Business DEALings

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 1st, 4st 8TH and 14TH Amendment violated.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: RACKETIR FRAUD CONSPIRACY; PLOT

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SCHUBERT ANNE MARRIE PRINCIPAL DISTRICT ATTORNEY is A moving force THROUGH ENFORCEMENT Behind THE custom And policy's engaged in AN AffiRmATIVE AcT; and pARTICIPATED in oTHER defendant's AffiRmATIVE AcT's [RECKLESSly DISREGARDING WELL ESTABLISHED LAW, Knowing of THE violation; and failing To AcT To prevent THEN; failing, To TRAin employees, To Recognize A REAsonAble, forseeAble Risk of HARM/DEATH, And To prevent THE policy's And customs, THAT Adversely infringe upon THE constitutional right's of inmate's... This DisTrict ATTorney illegAlly indicted me on Knowingly "fabricated And TRUMped up fALse AccusATion's" "created by CRiminAl correctional cops AT NEW folsom STATE prison" WHo ARE UNdER EXTREME inVestigation by THE F.B.I... This Principal district ATTorney And THE SACRAMENTO county sheriff depArtment Has conspired TogeTHER To "kidnApp ME And Hold ME HosTAGe" since "OcTober 24,2016" on A "2mIllion$ BAil Bond RANSom; WHen I WAS THE vicTIM of A BRUTAL ATTACK BY CDCR correctional cops And sent To UC DAVIS Hospital with serious injury's... This PRincipal district ATTorney Allowed Her deputy district ATTorney AMAndA SANCHEZ To intentionally vioLATE My 8TH and 14TH Amend. To be free from cruel And unusual punishment; And MY DUE PRocESS RIGHTS... IntenTionAlly violATed... (42 USC§1983)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Injury's suffered ARE But not limited To [PsychologicAl] sTRess, depression, emoTionAl DisTRess in THE form of A constant, feAR of cruel And unusual punishment; Anxiety, PARAnoiA.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THESE MAlicious, invidious STATE government officiAl's AcTion's need To be Address To THE Highest AuTHoriTy...

3

"PLAINTIFF IS INNOCENT"..
Amanda Sanchez is Guilty of her conspired criminal acts... These are orchestrated ways to sabotage my liberty interest and constitutional rights... see Los Angeles superior court # BA385119-01... District court central # (CV13-3428)(CV14-1063)(DDK/AS)
"Commercial Dishonor / Default Judgement"...

1. First to be entitled to the presumption of truth,
2. allegations in a complaint or counterclaim may not simply
3. recite the elements of a cause of action, but must
4. contain sufficient allegations to enable the opposing party
5. to defend itself effectively; Second the factual allegations
6. that are taken as true must plausibly suggest an
7. entitlement to relief, such that it is not unfair to
8. require the opposing party to be subject to the expense
9. of discovery and continued litigation see STARR v. BACA,
   652 F.3d 1202, 2116 (9th Cir. 2011)

10. In Monell v. New York City Dept. of Soc. Serv., 436 U.S.
    658, 691, 98 S.Ct. 2018, 56 L.Ed.2d 611 (U.S. 1978).
11. Congress include customs and usages [in §1983]...
    Because of the persistent and widespread discriminatory
12. practices of "state officials"... Although not authorized by
13. written law, such practices of state officials could well
    be so permanent and well settled as to constitute a
14. custom or usage with the force of law." (Emphasis in original)...

15. In Palmer v. Marion County, 327 F.3d 588 (7th Cir. 2003),
    the 7th circuit had acknowledged that Monell's unconstitutional
16. policies or customs could well take three forms:
17. (1). An express policy that, when enforced, causes a
    constitutional deprivation, (2). A widespread practice
18. that, although not authorized by written law or
19. express municipal policy, is so permanent and
    well settled as to constitute a custom or usage with the
20. force of law, or (3). An allegation that the constitutional
21. injury was caused by a person with the final policy
    making authority." (id. at p. 595)
22. In Pearson v. Callahan 124 S.Ct. 808 (U.S. 2009)
    doctrine of [qualified immunity] protect government officials
23. from liability for civil damages insofar as their conduct
24. does not violate clearly established, statutory or
    constitutional rights of which a reasonable person,
25. would have known...(Also see Elder v. Holloway, 114 S.Ct. 1019
26. 1023 (1994)... Also see United States v. Memphis Cotton Oil Co., 288 U.S.
    62, 67, 68, 53 S.Ct. 278, 77 L.Ed. 619... Oliver v. Perkins and Traveler Ins.
27. Co. v. Chiarello Stevedoring Co., Supra... Ripperger v. A.C. Allyn & Co.
    D.C.S.D.N.Y., 37 F.Supp. 369...
28. 

("3-A")

2 | SAC Principal District Attorney Schubert
3 | Anne Marrie, her subordinate deputy District Attorney
4 | Amanda Sanchez. And SAC Sheriff Department, And SAC Public pretenders has all conspired with
5 | CDCR Administration and their criminal correctional
6 | cops to intentionally sabotage my Liberty,
7 | interest and constitutional rights," when I was targeted by New Folsom State Prison (ISU)
8 | criminal correctional cop "Daniel Garland" who
9 | has been literally banned from New Folsom
10 | State Prison facility according to an April 20 2021 "memo" obtained by the "Sacramento Bee"...
11 | States officer "Daniel Garland, 42" of Folsom, is
12 | no longer allowed at California State Prison,
13 | Sacramento... "Daniel Garland" worked in the prisons "Investigative Services Unit... See
14 | Sacramento Bees newspaper(s) Dated (4-18-21), (4-26-21)
15 | And (4-30-21) (5-1-21)...
16 | On 5-17-2016 I was intentionally persued
17 | after and attacked by "Daniel Garland" and
18 | his colleagues and sent to UC Davis Hospital with serious injury's... "Daniel Garland" and his
19 | colleagues "created a fabricated report" to get
20 | me charged with battering all the cops...
21 | And the administration and their criminal correctional cops investigators intentionally
22 | "Destroyed and Lost" all "surveillance video footages"
23 | that clearly show the correctional cops
24 | "Lied" in their "Reports" to justify their "conspired" brutal attack against Mr. Niles... The
25 | District Attorney Schubert Anne Marrie and her
26 | subordinates deputy District Attorney Amanda
27 | Sanchez helped New Folsom State Prison Administration superiors and their criminal
28 | correctional cops destroy, lose, suppressed

("3-B")


1.
2. EXCULPATORY evidence that would have
3. EXONERATED MR NILES; SR. FROM THIS illegal
4. 4th Amendment violation... 5-17-2016 I was
5. PEACEABLY HEADING BACK TO MY Housing
6. Building from Handling important LEGAL
7. Business in the LAW LIBRARY regarding
8. MY "FALSE imprisonment conviction APPEAL"
9. AND MY CIVIL LAW SUIT CASE# (CV13-3425)
10. (CV14-1063) FROM Los Angeles SUPERIOR COURT
11. CASE# BA385119-01... Unlawful SHOOTING BY
12. L.A.P.D = GOVERNMENT COVER UP = MALICIOUS
13. PROSECUTION -- DOUBLE JEOPARDY -- RACKETEER
14. FRAUD.... COMMERCIAL DISHONOR / L.A SUPERIOR COURT...
15.         New New Folsom state prison officials
16. WIDESPREAD CRIMINAL PRACTICES IS FINALLY
17. Being "EXPOSED TO THE Public" in SACRAMENTO BEE
18. NEWS PAPER(S) DATED (4-15-21) (4-26-21) (4-30-21)
19.                                              (5-1-21)
20. WHERE CORRECTIONAL CRIMINAL CUP
21. "DANIEL GARLAND" is mentioned THROUGHOUT
22. THE Above "SACRAMENTO BEE NEWS PAPER(S)"...
23. "DANIEL GARLAND" is THE REASON I'm SITTING in THIS
24. SHERIFF JAIL SINCE OCTOBER 24, 2016 ETC...
25.         A "PITCHESS MOTION" WAS FILED ON "DANIEL
26. GARLAND" AND HIS COLLEAGUES in 2019... THE
27. "PITCHESS MOTION" HAD "EXPOSED" MALICIOUS
28. ACTIVITY in THE CORRECTIONAL CUPS BACK
29. ground... Public Defender "ETTEN JEREMIAH"
30. W/HO "INTENTIONALLY" SABOTAGED THE PITCHESS
31. MOTION full "INVESTIGATION proceedings"... AFTER
32. ETTEN JEREMIAH BROUGHT TO MY ATTENTION THAT
33. HE WOULD HAVE TO INTERVIEW OVER 50 something
34. WITNESSES THAT HAD something TO SAY AGAINST
35. THE CORRECTIONAL CUPS.... AFTER THIS IMPORTANT
36. VITAL information WAS BROUGHT TO LIGHT IS WHEN

("3-C")

SEE. BEGERON (1961) 133 CAL 349 355 165 P. 828
[THE] STATE OR ITS "OFFICERS" WE "MUST OBSERVE" INCLUDES
THOSE WHOM THE "JUDGES" "ASSIGN" TO "REPRESENT"
INDIGENT DEFENDANTS... XXX

1.
2. THIS SO-CALLED "PUBLIC DEFENDER ELLEN JEREMIAH" IN 2019
3. MALICIOUSLY FILED AND/OR CREATED SOME
4. DOCUMENT TO THE COURT JUDGE CLAIMING THAT I'M
5. INCOMPETENT TO STAND TRIAL... THIS MALICIOUS
6. SCHEME BY "ELLEN JEREMIAH" TO "SABOTAGE" THE
7. "EXPOSURE OF "DANIEL GARLAND" AND HIS COLLEAGUES
8. "BACKGROUND" NOT ONLY DISMANTLED THE COMPLETION
9. OF THE "PITCHESS MOTION" INVESTIGATION AND TRIAL
10. "PROCEEDINGS" BUT GOT ME "KIDNAPPED" AND SENT TO A
11. MENTAL STATE HOSPITAL CALLED ATASCADERO, WHERE
12. I WAS "FORCED" TO TAKE "PSYCHOTROPIC DRUGS"...
13. AND IF I REFUSED THEY WAS GOING TO RESTRAIN
14. ME, AND "STICK NEEDLES INSIDE ME"... I FELT
15. LIKE A WALKING ZOMBIE FOR 8 MONTHS...
16. BEHIND AN UNJUSTIFIED ILLEGAL 1368 TO UTILIZE THE
17. ILLEGAL STRATEGY OF CDC CORRECTIONAL COPS
18. FALSIFIED OF STATE RECORDS INCIDENT REPORT OF
19. EXCESSIVE FORCE OF BRUTALITY AGAINST MR NILES, SR
20. TO JUSTIFY THE 1368 TO KEEP MR NILES, SR. IN
21. THIS CORRUPTED SYSTEM LONGER OF FALSE
22. INCARCERATION... I'M INNOCENT... XXX
23. XXX XX XXX
24.
25. CDCR OFFICIALS, SAC DISTRICT ATTORNEY OFFICE,
26. SAC SHERIFF DEPARTMENT AND SAC PUBLIC
27. PRETENDER OFFICE HAS ALL CONSPIRED AGAINST
28. MR. NILES, SR. TO SABOTAGE HIS LIBERTY,
29. INTEREST AND CONSTITUTIONAL RIGHTS...
30. SEE ("KENTUCKY V. GRAHAM. 105 SCT 3099 3105 (1985)...
31. JOHNSON V. DUFFY, 588 F.2D 740, 743 9TH CIR (1978)...
32. JONE V. CITY OF CHICAGO, 856 F.2D 985, 992 (7TH CIR 1988)
33. "KNOWING WHAT'S GOING ON"...
34. [42 USCS 1986]

("3-D")

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _1st 4th 8th and 14th Amendment violated._

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Racketeering fraud/conspiracy plot..._

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Facility Commander (Luke) of Sac Sheriff Department jail is a "senior" "Supervisor" who enforce the custom and policy, and as a supervisor of the next lowest ranking (defendants) mentioned here in this complaint failed to adequately [train], and [supervise] his subordinates, when he engaged in an "Affirmative Act" and participated in the other defendants Affirmative Acts; recklessly disregarding well established law, knowing of the violation(s) "and" failing to act to prevent them; failing to train employees to recognize a reasonable, foreseeable risk of harm/death, and to prevent the policy's and customs that adversely infringe upon the constitutional rights of inmates... On 3-3-2021 I recieved legal confidential mail from the "State Bar of California" regarding fraud public defenders incompetent and ineffective assistance of counsels Ellen, Jeremiah and Alexander C. Asterlin fraud performance... The legal confidential mail I recieved from the "State Bar of California" (who been around since July 29th 1927 and has their own "Seal's" on their business envelope) was slid under my cell door without notice, and "opened"; exposing the confidential information inside... Knowing the relationship/interest with the Sheriff Department and District Attorney office this action violates my 1st 4th 8th and 14th Amendments...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). (SEE 4-A)
   Injury's suffered are but not limited to [Psychological] "stress", depression, emotional distress in the form of a constant fear of cruel and unusual punishment, anxiety, paranoia.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

1. 
2. I did not sign for that confidential legal mail like I usually do... I took the proper steps to
3. address this illegal search and seizure of my
4. legal confidential mail from the "State Bar of California" which is a confidential correspondence entity...
5. I immediately notified the mail room supervisor
6. named McClany #731, and filed a citizen complaint...
7. The mail room supervisor response was incompetent and contradictory as well was his superiors: Sgt Maxwell, 185
8. Lt. Noble #26 And Lt. S. Fisher, -- Their superior facility commander Luke... is also guilty of this "scheme"...
9. In Slakan V. Porter 737 f. 2d 368, 373 (C.A.4 (N.C) 1984):
10. "Recognition that supervisory indifference or tacit authorization of subordinates misconduct may be causative
11. factor in the constitutional injuries... A supervisor's
12. continued inaction in the face of documented widespread abuses, however, provides an independent basis for finding
13. he either was deliberately indifferent or acquiesced
14. in the constitutionally offensive conduct of his subordinates.
...
15. United State constitution 4th amendment [State] it's the right of the People to be secure in their persons, houses, papers and
16. effects against unreasonable searches and seizures shall
17. not be violated) This plaintiff alleges and show that his property, to wit sensitive attorney/client legal documents
18. unlawfully seized without due process of law and by
19. arbitrary government official's action here at Sacramento county sheriff department facility...
20. United State constitution 8th Amendment, has, as an essential prerequisite the right to punish, it was held in
21. (Deshawney v. Winnebago County Dept. of Soc. Serv: 489 US 189
22. 199 n.b. Sct 998 103 L.ed. 2d[ The state does not acquire the power to punish] with which the Eight Amendment is
23. concerned until after it has secured a formal...
24. This petitioner alleges and can show that his property, to wit sensitive attorney/client legal documents was unlawfully
25. seized without due process of law when Sacramento sheriff
26. department imposed an illegal seizer of petitioner legal confidential documents regarding the fabricated trumped up charges
27. and ineffective assistance of counsel.... Kidnapped and held hostage since October 24, 2016... Grievances attached alone
28. with mail room supervisor McClany response...
#731

# SACRAMENTO COUNTY SHERIFF'S OFFICE
## CORRECTIONAL SERVICES GRIEVANCE FORM

*Attention: Needs Response in a Timely Fashion*

**This Box for Officer Use Only**
DATE: 3/11/21
GRIEVANCE #: 2021-1279
ASSIGNED TO: B/N
ADA RELATED: NO

**NAME (PRINT LAST, FIRST, MIDDLE):** Mr. Maurice Miles, SR.
**DATE OF BIRTH:** [illegible]
**XREF NUMBER:** E073382
**DATE:** 3-11-21
**INMATE SIGNATURE:** Mr. M... at the post
**INMATE LOCATION:** S-W-207
**DATE AND TIME OF INCIDENT:** 3-4-21

ONLY ONE GRIEVANCE ISSUE PER FORM for appropriate routing. Explain your grievance in the provided box only (include dates, times, and names of persons involved). You only have 5 days from the incident to submit a grievance. PREA incidents have no time limit and can be reported ANYTIME. If this grievance is disability related check this box: ☑

In writing this "emergency citizen complaint" in regards to this Sacramento County Sheriff department employees who refuse to respect or recognize the "seal" of the U.S. Bar of California as a "confidential correspondence entity" that deals with sensitive attorney-client legal information... These county sheriff department employees are knowingly, recklessly and intentionally violating my 1st, 4th, 8th, and 14th Amendment United States Constitutional rights when they open and examine a envelope from the State Bar (who seal is on front of the envelope) that contains sensitive, personal, legal information. This careless, reckless, unreasonable, malicious tactic to infringe [on] 4th amendment rights is the reason why there are so many mass murders in this world, suicide bombings, this is why ordinary people are forced to take the law in their own hand... Corporations' facilities and their "created laws" they are misleading, contradictory, inconsistent, conflicting, incompatible, paradoxical, unsteady, make no sense... And we can duplicate the U.S. Supreme Court and put the clerk on the envelope... Clerk is not a name, it's a "reference"... The mail room supervisor McClain #731 says there was no one "name" on the "state bar" envelope, which is why this sheriff department is allowed to illegally open your confidential legal mail... But unlike the courts, the State Bar of California provide their "seal" on the front of their business envelope. A warrant based on a false or misleading information is invalid. Illinois v. Gates (1983) 462 US 213. People v. Kurland (1980) 28 Cal 3rd 376, 391.

**This Section for Staff Use Only**

**RECEIVING INDIVIDUAL (PRINT NAME):** Holiman
**BADGE NO:** 120
**DATE/TIME:** 3/11/21 1430

**Check one:** ☐ RESOLVED at the Staff Level   ☐ FORWARD to Supervisor level

**Response:** SEE ATTACHED

**RESPONDER (PRINT NAME):** ___   **BADGE NO:** ___   **DATE:** ___   **SUPERVISOR'S SIGNATURE:** ___   **BADGE NO:** ___   **DATE:** ___

**Supervisor check one:** ☐ Corrective Action Taken   ☐ Denied   ☐ Not Grievable   ☐ Resolved

**WATCH COMMANDER:** LT. NOBLE   **N/A** ☐   **BADGE NO:** 26   **DATE:** 4/29/21   **ASSISTANT COMMANDER:** ___   **BADGE NO:** ___   **DATE:** ___

7400-012 (REV 9/2020)
DISTRIBUTION: WHITE - DIVISION COPY   PINK - INMATE

8W202

# SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL SERVICES
## MESSAGE REQUEST

**DATE:** 1-15-21

**TO:** Compliance officials

- [ ] FEDERAL PUBLIC DEFENDER
- [ ] PUBLIC DEFENDER
- [ ] PROBATION
- [ ] U.S. MARSHAL
- [ ] SOCIAL WORKER
- [ ] ICE
- [ ] JAIL ADMIN. RECORDS
- [ ] CHAPLAIN
- [ ] RCCC

**RECEIVED BY OFFICER:**
- [x] COMPLIANCE
- [ ] ADA RELATED
- [ ] RE-ENTRY
- [ ] MAIN JAIL

**MESSAGE:** Compliance unit are my legal mail, and or regular mail being illegally seized by this Sacramento County jail officials without notice or search warrant? If so you are violating my 4th Amendment Constitutional Right.

**FROM NAME:** Mr Maurice Miller Sr. The Poet
**X-REF NO.:** 5073383
**LOCATION:** 8West 202

**REPLY:** Jail mail is subject to examination.

**BY:** McClary 731    **DATE:** 1/19/21

MJ 7421 FORM 022
Rev. 01/18

WHITE COPY FOR REPLY  -  YELLOW COPY TO RECORDS  -  PINK COPY KEPT BY INMATE

8W202

202

# SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL SERVICES
## MESSAGE REQUEST

ATTention:
PLEASE RESPOND IN A TIMELY fashion

DATE SENT
DATE 3-4-21

TO: MAIL ROOM SUPERVISORS

- [ ] FEDERAL PUBLIC DEFENDER
- [ ] PUBLIC DEFENDER
- [ ] PROBATION
- [ ] U.S. MARSHAL
- [ ] SOCIAL WORKER
- [ ] ICE
- [ ] JAIL ADMIN. RECORDS
- [ ] CHAPLAIN
- [ ] RCCC
- [ ] COMPLIANCE
- [ ] ADA RELATED
- [ ] RE-ENTRY
- [ ] MAIN JAIL

RECEIVED BY OFFICER:

MESSAGE: On 3-3-21 I recieved legal mail from the State Bar of California regarding Attorney-client privileges and/or confidential information. The legal mail I recieved from the State Bar of California was slid under my door as regular mail and the envelope was open exposing the confidential information inside that can be passed on to the Sacramento District Attorney, by Sacramento Sheriff deputy who opened and reviewed the confidential information... This careless behavior violates my 4th amendment constitutional rights. Explain?

FROM NAME: Mr. Maurice Niles, Sr. THE POET
X-REF NO. 5073383
LOCATION: 8W/8/ 202

REPLY: Page 23 of the Inmate Handbook says "Members of the State bar" not THE office of the State Bar. "THIS statement DEFIES common sense"

BY: McClary 731
DATE: 3/8/21

MJ 7421 FORM 022
Rev. 01/18

WHITE COPY FOR REPLY - YELLOW COPY TO RECORDS - PINK COPY KEPT BY INMATE

# SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL SERVICES
## MESSAGE REQUEST

SW 202
Attention:

DATE SENT

DATE 3-9-21

TO: MAIL ROOM SUPERVISOR

- [ ] FEDERAL PUBLIC DEFENDER
- [ ] PUBLIC DEFENDER
- [ ] PROBATION
- [ ] U.S. MARSHAL
- [ ] SOCIAL WORKER
- [ ] ICE
- [ ] JAIL ADMIN. RECORDS
- [ ] CHAPLAIN
- [ ] RCCC
- [ ] COMPLIANCE
- [ ] ADA RELATED
- [ ] RE-ENTRY
- [ ] MAIN JAIL

RECEIVED BY OFFICER:

MESSAGE: WHAT SENSE ARE YOU TALKING ABOUT McCLAIN # 731 of PAGE 23 of THE BOOK? THIS IS CLEARLY A "MEMBER OF THE STATE BAR" RESPONDING TO MY CONFIDENTIAL MAIL ... WHAT KIND OF "TRAVEL LANGUAGE" ARE YOU SPEAKING TO JUSTIFY VIOLATING MY 4TH AMENDMENT CONSTITUTIONAL RIGHTS? AND WHERE DOES IT SAY "MEMBERS OF THE OF BAR" ARE NOT CONFIDENTIAL CORRESPONDENCE? THE STATE BAR IS NOT A LAW FIRM WITH ATTORNEYS. THEY ARE AN ENTITIE WHO DEALS WITH COMPLAINTS AGAINST ATTORNEY'S ... MEMBER etc SINCE 1927 - JULY 29TH...

FROM NAME: MR. MAURICE WHITE; SR.
"THE POET"
X-REF NO. 5073383
LOCATION: SW 202

REPLY: There was no name on the envelope.
"WHIT"
"Unbelievable"...

BY: McClary 731 DATE 3/10/21

MJ 7421 FORM 022
Rev. 01/18
WHITE COPY FOR REPLY - YELLOW COPY TO RECORDS - PINK COPY KEPT BY INMATE

# SACRAMENTO COUNTY SHERIFF'S OFFICE
## CORRECTIONAL SERVICES GRIEVANCE REPLY FORM

**GRIEVANCE #: 2021-1279**

| PRIMARY INMATE NAME (PRINT LAST, FIRST, MIDDLE) | XREF NUMBER | LOCATION | DATE |
|---|---|---|---|
| Miles, Maurice | 5073383 | 8W202 | 04/22/2021 |

**STATEMENT OF PROBLEM:** Inmate Miles stated in his grievance his mail from The State Bar of California was not treated as legal mail and should not have been opened by a deputy. .

**INVESTIGATION:** I reviewed the Correctional Services Inmate Handbook, Operations Order 6/15 Inmate Correspondence, and The State Bar of California's website.

**FINDINGS:** The Operations Order as well as the Correctional Services Inmate Handbook stated the following, Inmates may correspond, confidentially, with State and Federal courts, members of the State Bar and other licensed attorneys or legal representatives, holders of public office (including elected local, state and federal officials), the U.S. Department of Homeland Security (including U.S. Immigration and Customs Enforcement and its various subdivisions), the U.S. Department of Justice, embassies and consulates, health care professionals, judges, the Corrections Standards Authority.

The following is from The State Bar of California's website: The State Bar of California is the regulatory arm of the California Supreme Court responsible for licensing and disciplining attorneys.

Based on the aforementioned Operations Order, Inmate Handbook, and The State Bar of California's website, correspondence directly from The State Bar of California does not constitute legal mail.

It should be noted, any legal mail sent to an inmate at the Sacramento County Main Jail will be opened in front of the recipient, so the mail can be inspected for contraband, but not read by deputy opening the mail.

*[Handwritten note:]* The Petitioner legal document from the members of the State Bar was not opened in front of the recipient... It was randomly slid under my cell door... without notice... without me signing for that document like I normally do... ------ These "Sheriff employees" at this jail can illegally seize attorney/client confidential information? The information that I spoke with the State Bar is regarding my criminal charges; "Ineffective Counsel" etc...

| Check one: | Corrective Action Taken ☐ | Denied | Not Grievable | Resolved X |
|---|---|---|---|---|

*If RESOLVED at the lowest level*

| PRINT RESPONDER'S NAME | BADGE # | DATE | RESPONDER'S SIGNATURE |
|---|---|---|---|
|  |  |  |  |

*If RESOLVED at the Supervisor's level*

| PRINT SUPERVISOR'S NAME | BADGE # | DATE | SUPERVISOR'S SIGNATURE. (if same as responder, skip) |
|---|---|---|---|
| Sergeant Maxwell | 185 | 04/22/2021 |  |

| WATCH COMMANDER N/A ☐ | BADGE # | DATE | ASSISTANT COMMANDER | BADGE # | DATE |
|---|---|---|---|---|---|
| LT. NOBLE | 266 | 4/29/21 | LT. S. FISHER | #06 | 5/6/21 |

7400-013A (7421-085 Rev 2/2020)

# CLAIM III

1st

1. State the constitutional or other federal civil right that was violated: 4st 5th 6th 8th And 14th Amendment violated...

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Racketeer fraud/conspiracy Public Pretenders Plot

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. In re: Begerow (1901) 133 Cal. 349, 355 [65 P. 828...
Etten Jeremiah, Eugene P. Roeder PhD and Alexander Christain Asferlin are all conspiring with the District Attorney and Sacramento Sheriff department to keep plaintiff in this corrupt system longer illegally... Etten Jeremiah and Eugene P. Roeder in 2019 illegally got me "kidnapped" and sent to a "Mental State Hospital" called "Atascadero" where I was "forced" to take "psychotropic" "medication" that was causing me to "lose my memory"... Etten Jeremiah was "fairly new" to the case in 2019... I only talked to him two or three times; to enlighten him on my entire ordeal, my "false imprisonment"... I had to literally demand him to file a Pitchess Motion on the "correctional officers" at New Folsom State Prison, which he didn't really want to file... for some odd reason... A Pitchess Motion was eventually filed, the "Asian" judge granted the motion... in 2019... things were found in their background. Etten Jeremiah said he had to interview over "50 something witnesses" that had something to say "against the officers"... After this "discovery" is when "Etten Jeremiah" created some "malicious document" to the court saying im incompetent to stand trial, which I had to see Eugene P. Roeder PhD psychiatrist. This scheme by these two did not support analysis challenge under exercising it's discretion pursuant to the constitutional doctrines to apply unsubstantial evidence against me of an illegal 1368 report; see People v. McCoy (1992) 9 Cal. App. 4th 1578, 1585 [12 Cal Rptr. 2d 47]... (see 5-A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Injuries suffered are but not limited to [psychological] "stress", "depression", emotional distress in the form of a conspiracy, fear of cruel and unusual punishment, anxiety, paranoia...

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Also see In re Begerow (1901) 133 Cal 349, 355 [65 P. 528] [The] state or it's officers we "must observe, includes not only the "prosecution", but the "judiciary" and those whom the [judges] assign to represent indigent defendants...

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

("5-A")

1. Another fraud public pretender has been assigned [MALICIOUSLY]
2. to represent my innocence name Alexander Christian Asterlin.
3. Who been assigned since December 22nd 2020... This fraud
4. attorney has refused to listen to all my advise and intructions
5. to file a "discovery motion" to "compel the D.A" to turn over all
6. evidence he or she has in their possession... The prosecutor
7. is obligated to disclose such evidence "voluntarily", whether
8. or not the defendant makes a request for discovery. Their
9. "Brady obligation"... 6 months have gone by an "no discovery"
10. from the "D.A" have been produced... And I have verbally
11. advised and instructed Alexander Christian Asterlin"
12. to immediately file a discovery arround the time he
13. was assigned; "but to no avail"... I have even enlighten
14. him about the on going investigation from the Sacramento
15. Bee newspapers dated (4-18-2021)(4-26-2021)(4-30-2021)
    (5-1-2021)
16. regarding New Folsom State prison under investigation
17. by the F.B.I. and "Daniel Garland" c/o who is the
18. reason I'm sitting in this jail in the first... place...
19. Attorney Alexander Christian Asterlin do not take
20. this information likely. For some odd reason... I have
21. been kidnapped and held hostage in this sheriff jail
22. since October 24, 2016 = 6 years... (28 USC § 1915(g)...)
    (42 USC § 1986)...
23. This plaintiff allege an asserts that as a direct
24. proximate and legal result of the aforementioned acts
25. and omissions committed in bad faith, by defendants,
26. and each of them plaintiff has suffered and continues
27. to suffer actual and irreparable injuries, both
28. physical and psychological, thereby plaintiff is
    entitled to general an special damages in an
    amount to be proven at trial, this plaintiff has no
    plain adequate or complete remedy at law to redress
    the wrong described herein, plaintiff has been and
    continue to be irreparable injured, by the conduct of
    the defendants (State government agents) unless
    the courts grants the declaratory relief which
    plaintiff seek...
    [the] State or its "officers" we must observe includes
    not only the "prosecution" but the "judiciary" and those whom
    the "judges" assign to represent indigent defendants...
    This "fraud attorney" have not filed no motions that represent my
    constitutional rights on the record as I advised and instructed
    him to do, but to no avail, for some odd reason... FRAUD...

("5-A")

2  It is abundantly clear that one reason
3  the legislation, was passed was to afford a
4  federal right in federal courts because, by
5  reason of prejudice, passion, neglect,
6  intolerance or otherwise, state laws might not
7  be enforced and the claims of citizens to
8  the enjoyment of rights, privileges, and immunities
9  guaranteed by the Fourteenth Amendment might
10 be denied by the "state agencies". 365 US. at
11 180, L Ed 2d 492, 81 SCt 473, id at 193, 5 L Ed 2d
12 492, 81 SCt 473... Mitchum v. Foster, supra at
13 238-242, 32 L Ed 2d 705, 92 SCt 2151...
14 Cong Globe, 42d Cong, 1st Sess 789 (1871)...
15
16
17  Askari African Zulu Empire Productions
18             The Poet
19
20
21  N/N Last 4 CUSIP and AUTOTRIS numbers
22  are (3714)
23  CUSIP mean:
    Committee on Uniform Securities Identification Processes...
24  AUTOTRIS mean:
    Automated Tracking Identification System...
25
26
27
28
              ("5-B")

## E. REQUEST FOR RELIEF

State the relief you are seeking:

(1) A DECLARATIVE judgement THAT Defendant's violated plaintiff's ESTABLISHED, FEDERAL AND STATE CONSTITUTIONAL RIGHTS (2). ISSUE A PROTECTIVE ORDER, SAFEGAURDING PLAINTIFF LEGAL AND PERSONAL PROPERTY AND WILL BE RETALIATED AGAINST IN NO SHAPE FORM OR FASHION. (3). COMPENSATORY DAMAGES AGAINST DEFENDANT'S AND EACH OF THEM IN THEIR [INDIVIDUAL] OR IN THEIR [INDIVIDUAL AND OFFICIAL] CAPACITY IN THE AMOUNT OF 2.5 million. (4). APPOINT PROFFESSIONAL COUNSEL TO REPRESENT PLAINTIFF, IN ORDER TO PROTECT HIS RIGHT AND INTEREST. (5) PUNITIVE DAMAGES, AGAINST DEFENDANT'S AND EACH OF THEM IN THEIR, [INDIVIDUAL] OR IN THEIR [INDIVIDUAL AND OFFICIAL] CAPACITY, IN THE AMOUNT OF 3.5 million. (6). TO GRANT FOR DEFENDANT'S TO PAY COST OF SUITS AND ATTY FEES. (7) TO GRANT ACTUAL DAMAGES. (8) TO GRANT MONETARY DAMAGES IN THE SUM AMOUNT OF 10 million #. (9) TO GRANT, TO PROCEED IN IFP FOR] SHEW OF GOOD CAUSE FOR ET SEQ PROCEEDINGS (10) TO GRANT AN PRELIMINARY INJUNCTION TO FORWARD AN duplication copy of THE government TRANSCRIPT TO PLAINTIFF FOR THE PROSECUTION. (11) TO GRANT FOR PLAINTIFF MAURICE MILES; SR. TO TAKE ALL IN THESE ILLEGAL ACTIONS (12) TO GRANT ANY OTHER RELIEF THE COURT DEEMS PROPER. ... (13) TO BE RELEASED FROM custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5-30-2021__
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6