UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR., | No. 2:21-cv-0989 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| ANNE MARIE SCHUBERT, et al., | |
| Defendants. | |

Plaintiff, former county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a request for ruling and two requests for relief. See ECF Nos. 10, 11, 12. He has also filed a "motion to compel." ECF No. 20.

On January 23, 2023, the undersigned issued findings and recommendations which recommended that this matter be dismissed for failure to state a claim. ECF No. 17. Accordingly, these miscellaneous motions will be denied as moot.

For the reasons stated above, IT IS HEREBY ORDERED that plaintiff's request for ruling (ECF No. 10) and his requests for relief (ECF Nos. 11, 12, 20) are DENIED as moot.

DATED: March 6, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE